

# NUMBER 13-15-00302-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CLARENCE WILLIAM MCCLURE,                                  Appellant,

V.

THE STATE OF TEXAS,                                        Appellee.

### On Appeal from the 368th District Court
### of Williamson County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Order Per Curiam

Currently pending before the Court is appellant's motion for pro se access to the appellate record in the above-referenced cause.[1]   Appellant's counsel has filed an

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

*Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before December 14, 2015, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed
the 2nd day of December, 2015.